Motion For Leave TO File

Verified Complaint

**FILED**
JAN - 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

SA23CA0026 XR

Michael J. Holmes

    Plaintiff(s),

vs.

Jason Pulliam

    Defendants

Verified Complaint

Complaint For:

Violation of the

Plaintiffs 14th Amendment

Rights

The Defendant has conducted acts that are in clear absence of jurisdiction, and the Plaintiff will be able to solidify this fact beyond the Plaintiffs exhibits, during the jury trial. The Defendants act/s are violations of the judicial code of conduct (canon/s). The Plaintiffs complaint has exhibits that will prove this case has the required legal evidence to be heard. More direct evidence and written statement/s from the defendant will be provided. This will be a jury trial that will last three days. The Plaintiff prays the court allows this case to move forward.